UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DORMONDA KING                                                                                    PLAINTIFF

V.                                        No. 1:19CV00099-KGB-JTR

CAMPBELL, Director of Nursing,
McPherson Unit; JOSEPH E. HUGHES, M.D.;
and HUTCHINSON, Nurse, McPherson Unit                            DEFENDANTS

## ORDER

On September 18, 2020, Defendants filed a Motion to Compel and an accompanying Brief in Support. *Docs. 21 & 22*.

Today, I entered a Recommended Disposition, in which I recommend this case be dismissed due to a lack of prosecution. Accordingly, Defendants' Motion to Compel (*Doc. 21*) is DENIED, without prejudice, as moot.

IT IS SO ORDERED this 11th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE