THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORMONDA KING**                                                                                      **PLAINTIFF**

v.                                    Case No. 1:19-cv-00099-KGB-JTR

**CAMPBELL, HUGHES, and HUTCHINSON**                            **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 24). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Dormonda King's complaint (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 25th day of January, 2021.

Kristine G. Baker
United States District Judge