THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DORMONDA KING**                                                                                **PLAINTIFF**

v.                                    **Case No. 1:19-cv-00099-KGB-JTR**

**CAMPBELL, HUGHES, and HUTCHINSON**                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Dormonda King's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 25th day of January, 2021.

                                                        _____
                                                        Kristine G. Baker
                                                        United States District Judge